1  SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
2  5150 FAIR OAKS BLVD., SUITE 101
PMB #253
3  CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
4  FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  SCOTT N. JOHNSON                    Case No.: CIV.S 08-cv-01530-LKK-KJM

11          Plaintiff,

12      vs.                            **STIPULATED DISMISSAL OF JAMES J.
                                       LYNCH; MIKE L. CHICK AND  ORDER**
13

14  James J. Lynch, et al,             Complaint Filed: JULY 2, 2008

15

16                                     **CASE TO BE REMAINED OPEN WITH
                                       REMAINING DEFENDANTS**
       Defendants
17

18

19

20

21

22          **IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendant (James J.

23  Lynch) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).

24  Defendant (Mike L. Chick) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to

25  FRCP 41 (a)(2).  This case is to be remained open with remaining Defendants.  Defendant

26  (James J. Lynch) is dismissed because this Defendant and Plaintiff have settled their dispute.

27

28

                                          1

PDF created with pdfFactory trial version www.pdffactory.com

1  Defendant (Mike L. Chick) is dismissed because this Defendant is not a proper party to this

2  action.

3

4

5  Dated: October 28, 2009                         /s/Scott N. Johnson_____
                                                   SCOTT N. JOHNSON
6                                                  Attorney for Plaintiff

7

8  Dated: November 4, 2008                         /s/Justin G. Lynch_____
                                                   JUSTIN G. LYNCH
9                                                  Attorney for Defendant
                                                   James J. Lynch
10

11  **IT IS SO ORDERED**.

12

13  Dated:   November 5, 2008.

14

15

16  LAWRENCE K. KARLTON
    SENIOR JUDGE
17  UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28

2

PDF created with pdfFactory trial version www.pdffactory.com