SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNSON<br><br>          Plaintiff,<br><br>     vs.<br><br>Lynch, et al<br><br>          Defendants | Case No. **2:08-cv-01530-LKK-KJM**<br><br>PLAINTIFF'S REQUEST AND PROPOSED ORDER RE: WITHDRAWL OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |

I, Scott N. Johnson, am the Plaintiff in PRO SE and declare and request the following:  I originally filed a Summons Returned Executed for the property owner Defendants Moe Shafiee and Farideh Shafiee on July 24, 2008 (Docket # 5). Base upon assertions made by Moe Shafiee on January 27, 2009, wherein he contested their Summons Returned Executed, I had the Defendant Moe Shafiee personally served. I

PLAINTIFF'S REQUEST AND PROPOSED ORDER RE: WITHDRAWL OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT - 1

PDF created with pdfFactory trial version www.pdffactory.com

therefore request that in addition to the original Summons Returned Executed be withdrawn for both Defendants Moe Shafiee and Farideh Shafiee, I also request that related Clerk's Entry of Default, and Motion for Default Judgment be withdrawn. The Motion for Default Judgment hearing was VACATED by MINUTE ORDER dated June 6, 2009.  I further request that a new initial Scheduling Conference be set. I also request that Defendant Farideh Shafiee be dismissed without prejudice.  The only remaining parties consist of the Plaintiff Scott N. Johnson and Defendant Moe Shafiee.

Dated:   January 30, 2009           /s/Scott N. Johnson _____
                                    Scott N. Johnson,
                                    Attorney for Plaintiff

**IT IS SO ORDERED:** that the current Motion for Default Judgment is VACATED, Defendant Farideh Shafiee is dismissed without prejudice, and a new Scheduling Conference is set for April 20, 2009 at 3:00 p.m.

Dated: February 5, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PLAINTIFF'S REQUEST AND PROPOSED ORDER RE: WITHDRAWL OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT - 2

PDF created with pdfFactory trial version www.pdffactory.com