UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

Scott N. Johnson

    v.

James Lynch, et al.

_____

DEFAULT JUDGMENT

Case No. CIV S-08-1530 LKK KJM

    **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

    **Moe Shafiee**

July 1, 2009

VICTORIA C. MINOR, CLERK

By:   K. Engbretson
K. Engbretson, Deputy Clerk